David Berten
IL Bar # 6200898
dberten@giplg.com
Alison Aubry Richards
IL Bar # 6285669
arichards@giplg.com
Hannah Sadler
IL Bar # 6321429
hsadler@giplg.com
Global IP Law Group, LLC
55 West Monroe Street, Suite 3400
Chicago, IL 60603
Telephone: (312) 241-1500

Gregory Markow
State Bar No. 216748
gmarkow@cgs3.com
Crosbie Gliner Schiffman Southard &
Swanson LLP (CGS3)
10940 Wilshire Boulevard Suite 2200
Los Angeles, CA 90024
424-320-9276

*Attorneys for Plaintiff*
*Ironworks Patents, LLC*

MORGAN, LEWIS & BOCKIUS LLP
Olga Berson, Ph.D., Bar No. 227763
olga.berson@morganlewis.com
2049 Century Park East
Suite 700
Los Angeles, CA  90067-3109
Tel:   +1.310.907.1000
Fax:  +1.310.907.1001

Jason C. White (admitted *pro hac vice*)
jason.white@morganlewis.com
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Tel:   +1.312.324.1000
Fax:  +1.312.324.1001

Bradford A. Cangro (admitted *pro hac vice*)
bradford.cangro@morganlewis.com
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel:   +1.202.739.3000
Fax:  +1.202.739.3001

*Attorneys for Defendants*
*TCL Communication Technology Holdings Ltd., TCL Corporation and TCT Mobile (US) Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRONWORKS PATENTS, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>TCL COMMUNICATION TECHNOLOGY HOLDINGS LTD (TCT);<br>TCL CORPORATION and<br>TCT MOBILE (US) INC.<br><br>          Defendants. | Case No.  2:18-cv-02472-AB-AGR<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Ironworks Patents, LLC and Defendants TCL Communication Technology Holdings LTD (TCT), TCL Corporation, and TCT Mobile (US) Inc. jointly announce to the Court that they have reached a settlement agreement that resolves all matters in this controversy between them, and, on this day, they jointly move the Court to grant the attached Proposed Order. The parties respectfully request that this Court grant the dismissal, as follows:

IT IS HEREBY ORDERED that all claims, counterclaims, and defenses that have been, or could have been, asserted in this lawsuit against TCL Communication Technology Holdings LTD (TCT), TCL Corporation, and TCT Mobile (US) Inc. by Ironworks Patents, LLC are dismissed with prejudice.

IT IS HEREBY ORDERED that all claims, counterclaims, and defenses that have been or could have been asserted in this lawsuit against Ironworks Patents, LLC by TCL Communication Technology Holdings LTD (TCT), TCL Corporation, and TCT Mobile (US) Inc. are dismissed with prejudice.

IT IS HEREBY ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

IT IS HEREBY ORDERED that the Court shall retain jurisdiction to enforce the settlement agreement.

| | |
|---|---|
| January 30, 2019 | Respectfully submitted, |
| */s/ Olga Berson* | */s/Alison A. Richards* |
| Jason C White | David Berten |
| Morgan Lewis and Bockius LLP | IL Bar # 6200898 |
| 77 West Wacker Drive Suite 500 | dberten@giplg.com |
| Chicago, IL 60601-1671 | Alison Aubry Richards |
| 312-324-1000 | IL Bar # 6285669 |
| Fax: 312-324-1001 | arichards@giplg.com |
| Email: jwhite@morganlewis.com | Hannah Sadler |
| | IL Bar # 6321429 |
| Bradford A Cangro | hsadler@giplg.com |
| Morgan Lewis and Bockius LLP | Global IP Law Group, LLC |
| 1111 Pennsylvania Avenue NW | 55 West Monroe Street, Suite 3400 |
| Washington, DC 20004 | Chicago, IL 60603 |
| 202-739-3000 | Telephone: (312) 241-1500 |
| Fax: 202-739-3001 | |
| Email: bradford.cangro@morganlewis.com | Gregory Markow |
| | State Bar No. 216748 |
| Olga Berson | gmarkow@cgs3.com |
| Morgan Lewis and Bockius LLP | Crosbie Gliner Schiffman Southard & Swanson LLP |
| 2049 Century Park East Suite 700 | (CGS3) |
| Los Angeles, CA 90067-3109 | 10940 Wilshire Boulevard, Suite 2200 |
| 310-907-1000 | Los Angeles, CA 90024 |
| Fax: 310-907-1001 | Telephone: (858) 367-7676 |
| Email: olga.berson@morganlewis.com | |
| *Attorneys for Defendants TCL Communication Technology Holdings LTD (TCT), TCL Corporation and TCT Mobile (US) Inc.* | *Attorneys for Plaintiff Ironworks Patents, LLC* |

**CERTIFICATION OF ELECTRONIC SIGNATURE**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Olga Berson, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Olga Berson
Olga Berson

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 31, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5-4.

/s/ Olga Berson
Olga Berson