JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRONWORKS PATENTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TCL COMMUNICATION TECHNOLOGY HOLDINGS LTD (TCT); <br> TCL CORPORATION and <br> TCT MOBILE (US) INC. <br><br> Defendants. | Case No. 2:18-cv-02472-AB-AGR <br><br> **[PROPOSED] ORDER ON STIPULATION OF DISMISSAL** |

Before the Court is Plaintiff Ironworks Patents, LLC ("Ironworks") and Defendants TCL Communication Technology Holdings LTD (TCT), TCL Corporation, and TCT Mobile (US) Inc. ("Defendants") Stipulation of Dismissal.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

That all claims, counterclaims, and defenses that have been, or could have been, asserted in this lawsuit against TCL Communication Technology Holdings LTD (TCT), TCL Corporation, and TCT Mobile (US) Inc. by Ironworks Patents, LLC are dismissed with prejudice.

That all claims, counterclaims, and defenses that have been or could have been asserted in this lawsuit against Ironworks Patents, LLC by TCL Communication Technology Holdings LTD (TCT), TCL Corporation, and TCT Mobile (US) Inc. are dismissed with prejudice.

That all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

That the Court shall retain jurisdiction to enforce the settlement agreement.

**IT IS SO ORDERED.**

DATED: 2-4-2019

Judge André Birotte Jr.