AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____of Central District of California____ on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:18-cv-02472 | DATE FILED<br>3/27/2018 | U.S. DISTRICT COURT<br>of Central District of California |
|---|---|---|
| PLAINTIFF<br>IRONWORKS PATENTS, LLC, | | DEFENDANT<br>TCL COMMUNICATION TECHNOLOGY HOLDINGS LTD (TCT); TCL CORPORATION and TCT MOBILE (US) INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,002,390 | 12/14/1999 | IRONWORKS PATENTS, LLC |
| 2 | 9,521,269 | 12/13/2016 | IRONWORKS PATENTS, LLC |
| 3 | RE39,231 | 8/8/2006 | IRONWORKS PATENTS, LLC |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order on Stipulation of Dismissal filed 2/4/2019. |

| CLERK<br>KIRY K. GRAY | (BY) DEPUTY CLERK<br>G. Kami | DATE<br>2/5/2019 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**